UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SIMPLY NATURAL HARVEST, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED FARM GROUP, LLC, a Texas limited liability company; MARK CHANG, an individual; and ROBERT RODRIGUEZ, an individual,<br><br>    Defendants. | § § § § § § § § § § § § § § § § Civil Action No. 5:21-cv-565-XR |

## STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT, MARK CHANG, *ONLY*, WITH PREJUDICE

In accordance with FRCP 41(a)(1)(A)(ii), Plaintiff, Simply Natural Harvest, LLC dismisses its claims against Defendant, Mark Chang, ***ONLY***, with prejudice. Each party is responsible for its own attorneys' fees and costs associated with the claims Plaintiff asserted against Mark Chang in the lawsuit.

This Stipulation does not impact Plaintiff, Simply Natural Harvest, LLC's remaining claims against Defendants, United Farm Group, LLC and Robert Rodriguez.

SIGNATURES ON NEXT PAGE

STIPULATED BY THE PARTIES:

        **MEUERS LAW FIRM, P.L.**
        5395 Park Central Court
        Naples, FL   34109
        T: (239) 513-9191
        F: (239) 513-9677

Dated: June 7, 2022        By:  s/Steven M. De Falco
        Steven M. De Falco
        Fla. Bar No. 0733571
        Western District of Texas No. 0733571
        sdefalco@meuerslawfirm.com

        *Attorney for Plaintiff, Simply Natural Harvest, LLC*

        **OLIVA SAKS GARCIA & CURIEL LLP**
        14255 Blanco Rd.
        San Antonio, TX 78216
        T: 210-308-6600
        F: 210-308-6939

Dated: June 7, 2022        By:  /s/ R. Carlo Garcia
        R. Carlo Garcia
        State Bar No. 00790744
        E-mail: cglaw@osgclaw.com

        *Attorney for Defendant, Mark Chang*