IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SIMPLY NATURAL HARVEST, LLC., <br> *Plaintiff* <br><br> -vs- <br><br> UNITED FARM GROUP, LLC., ROBERT RODRIGUEZ, <br> *Defendants* | SA-21-CV-00565-XR |

# ORDER

On this date, the Court considered the status of this case. Plaintiff commenced this action on June 14, 2021, asserting claims against Defendants United Farm Group, Robert Rodriguez, and Mark Chang seeking recovery under the Perishable Agricultural Commodities Act of 1930, as well as for breach of contract. ECF No. 1. On July 2, 2021, Rodriguez filed for Chapter 7 bankruptcy and invoked the automatic stay under 11 U.S.C. § 362. ECF No. 18. Accordingly, the case was stayed only as to Rodriguez at that time.

On September 29, 2021, Plaintiff moved for entry of default against United Farm Group, as it had failed to file an answer or otherwise appear in this action. ECF No. 29. The Clerk subsequently entered default against United Farm Group. ECF No. 30.

On June 7, 2022, Plaintiff voluntarily dismissed its claims against Chang. ECF No. 36.

In order to avoid the possibility of inconsistent judgments against Chang, the Court finds that a stay in this case is appropriate until the conclusion of the bankruptcy proceedings. Accordingly, the Court **VACATES** all remaining deadlines and settings, including trial. Within thirty (30) days of the conclusion of the bankruptcy proceedings, the Parties must file a notice with the Court and a proposed scheduling order to govern the resolution of this case.

1

The Clerk is **DIRECTED** to administratively close this case during the pendency of the stay.

It is so **ORDERED**.

**SIGNED** this 8th day of August, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE