UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SIMPLY NATURAL HARVEST, LLC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED FARM GROUP, LLC., ROBERT RODRIGUEZ, <br><br> *Defendants*. | § § § § § § § § § § § <br><br> Civil Action No. SA-21-CV-00565-XR |

## ORDER

In light of Plaintiff's representation that it dismisses the claims it asserts in this case against Defendants, United Farm Group, LLC and Robert Rodriguez, without prejudice (ECF No. 38), this case is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** December 1, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE